STATE OF NEW JERSEY v. CLAY THOMAS.

October 7, 1970. Petition for certification denied.

SUSAN J. HEISINGER v. ELECTRONIC ASSOCIATES, INC.

October 7, 1970. Petition and cross-petition for certification denied.

STATE OF NEW JERSEY v. UEL REYNOLDS.

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES H. BROOKS.

October 7, 1970. Petition for certification denied.

AGNES MEDLER, *ET AL* v. EVELYN C. SMITH, *ET AL*.

October 7, 1970. Petition for certification denied.

ROBERT J. EASTMAN v. FOOD FAIR STORES, INC.

October 7, 1970. Petition for certification denied.